FILED
2020 Jun-25  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

5:20-cv-898-AKK-HNJ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

_Devon Minter_

Inmate Identification Number: _300602 1_

_____

_____

(Enter above the full name of the plaintiff
in this action)

┌─────────────────────────────────────────┐
│ *NOTICE TO FILING PARTY* │
│ │
│ *It is your responsibility to* │
│ *notify the clerk in writing of any* │
│ *address change.* │
│ │
│ *Failure to notify the clerk may* │
│ *result in dismissal of your case* │
│ *without further notice.* │
└─────────────────────────────────────────┘

vs.

_David B. Roggensack, Kevin Lindsey_
_Jeremy S. Pelzer, Joshua J. Beaty_
_Brian Ray_

_____

(Enter above full name(s) of the defendant(s)
in this action)

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )        No ( ✓ )

    B.    If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff: _____

            _____

            Defendant(s): _____

            _____

2.   Court (if Federal Court, name the district; if State Court, name the county)

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still
     pending?) _____

_____

6.   Approximate date of filing lawsuit _____

_____

7.   Approximate date of disposition _____

II.   Place of present confinement *Lime Stone C.f.* _____

A.   Is there a prisoner grievance procedure in this institution?
     Yes (   )          No ( ✓ )

B.   Did you present the facts relating to your complaint in the state prisoner grievance
     procedure?          Yes (   )          No ( ✓ )

C.   If your answer is YES:

     1.   What steps did you take? _____

     _____

     2.   What was the result? _____

     _____

D.   If your answer is NO, explain why not: *There is no grievance*
     *process in Alabama D.o.C. See written*
     *Complaint Section number 22*

     _____

     _____

3

III.    Parties.
        In item (A) below, place your name in the first blank and place your present address in the
        second blank.

        A.      Name of Plaintiff(s) *Devon Minter - A.I.S 306621*

                Address *28779 Nick Davis RD*
                        *Harvest, Al 35749*

        In item (B) below, place the full name of the defendant in the first blank, his official position in
        the second blank, and his place of employment in the third blank. Use Item (C) for the names,
        positions, and places of employment of any additional defendants.

        B.      Defendant *(See written Complaint Sections*

                Is employed as *4-9)*

                at _____

        C.      Additional Defendants *(See written Complaint*
                *Sections 4-9)*


IV.     Statement of Claim

        State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is
        involved.  Include also the names of other persons involved, dates and places.  Do not give any
        legal arguments or cite any cases or statues.  If you intend to allege a number of related claims,
        number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach
        extra sheets, if necessary.

        *(See written Complaint Section labeled*
        *Facts) Numbers 10-21*


                                              4

_____

_____

_____

_____

V.    RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no
cases or statues.

See Written Complaint Section
Prayer for relief ) numbers 25-29

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 19, 2020_.

Devon Munter
SIGNATURE

ADDRESS Lime-Stone C.F.

28779 Nick Davis RD

Harvest, Al 35749

AIS # 306621

5

United States District Court

Northern District of Alabama

Eastern Division

FILED

2020 JUN 25 A 10:52

U.S. DISTRICT COURT
N.D. OF ALABAMA

Devon Minter

Plaintiff

V.

Ofc. David B. Roggensack
Ofc. Kevin Lindsey
Sgt. Jeremy S. Pelzer
Sgt. Joshua Beaty
Sgt. Brian Ray
Defendants, All in their
individual capacities

Complaint

Civil Action No _____

I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C Section
1983 to redress the deprivation, under color of State Law
of rights secured by the Constitution of the United States.
The court has jurisdiction under 28 U.S.C Section 1331
and 1343 (a)(3).

2. The Northern District of Alabama is an appropriate venue
under 28 U.S.C Section 1391 (b)(2) because it is where
the events giving rise to this claim occurred.

## II.   Plaintiff

3. Plaintiff, Devon Minter, is and was at all times mentioned herein a prisoner of the State of Alabama in the custody of the Alabama Department of Corrections. He is currently confined in Limestone Correctional Facility, in Harvest, Alabama.

## III   Defendants

4. Defendant, OFC. David Roggensack is a correctional officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of C.O.I. and was assigned to Limestone Correctional Facility.

5. Defendant, OFC. Kevin Lindsey is a correctional officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of C.O.I and was assigned to Limestone Correctional Facility

6. Defendant, Sgt. Jeremy S. Pelzer is a correctional officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of Sargeant and was assigned to Limestone Correctional Facility.

7. Defendant, Sgt. Joshua J. Beaty is a correctional officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of Sargeant and was assigned to Limestone Correctional Facility.

8. Defendant, Sgt. Brian Ray is a Correctional Officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of Sargeant and was assigned to Limestone Correctional Facility.

9. Each defendant is sued in his individual capacity, At all times mentioned in this complaint each defendant acted under the color of state Law

## IV   Facts

10. On June 9th, 2020 around 5:30 p.m. I Devon Minter was placed in the shower for shower call. After the shower stall was locked I turned with my back facing the shower door So the handcuffs could be removed

11. Once the handcuffs were removed I asked Ofc. Kevin Lindsey for a bar of soap. When Ofc. Lindsey returns with the soap he notices an inmate made weapon. I posed no threat, but the weapon was noticed.

12. OfC. Lindsey then instructs me to give him the weapon. I comply giving OfC. Lindsey the weapon without incident. Minutes later several officers crowd the housing unit

13. OfC. Lindsey, OfC. D Roggensack (with mase) and SGT. J. Beaty approach the locked shower stall. They instruct me to "cuff up". I turn my back to the shower stall door and stick my arms out behind me and allow the officers to "cuff me".

14. Once handcuffed and out of the shower, they escort me downstairs, where several officers were downstairs waiting. There were several officers I didnt know but I did recognize SGT. J Beaty, SGT. B. Ray, SGT. J. Pelzer, CO K. Lindsey and C.O. D. Roggensack

15. At that time they tell me I have to go to the shift office. I comply

16. While walking toward the shift off OfC. D. Roggensack tells me to throw my laundry on the ground. I answer "I just washed it I have nothing else on me" Out of nowhere he slams me to the ground.

17. As soon as I hit the ground other officers start kicking me and roughing me up all while I'm cuffed and shackled around my ankles,

18. Ofc. K. Lindsey and Ofc. D. Roggensack then roll me to my side my knee is swollen, mouth busted and my fractured finger is feeling funny.

19. While they are conducting their "search" nothing else is found. When they pull me up I notice I can barely walk and while being treated the nurse informs me that I need an X-ray because my knee might be fractured. She also informs me that my finger might be re-fractured as well. My finger was originally fractured weeks prior where another officer used excessive force.

20. At the Infirmary I also explained the incident to Warden Scarlett Robinson and Captain Stephen Langford. At that time pictures of my injuries were taken along with a body chart and instructions of ongoing treatment for my injuries.

21. Upon information and belief the Sargeants named often allow officers to physically beat handcuffed prisoners, and Ofc. D. Roggensack, who was once stationed at Guatanamo Bay for the armed forces always attack prisoners whether handcuffed or not using military tactics on American citizens.

# V Exhaustion of Legal Remedies

22. There is currently no grievance system at Limestone Correctional Facility. While Plaintiff, Devon Minter did inform Warden Scarlett Robinson and Captain Stephen Langford of the incident the same day the incident occurred.

# VI Legal Claims

23. Plaintiff reallege and incorporate by reference paragraphs 1-22

24. The excessive force (excessive use of force) violated Plaintiff Devon Minter's rights and constituted cruel and unusual punishment under the eighth amendment to the United States Constitution.

# VII Prayer for Relief

Wherefore, Plaintiff respectfully prays that this court enter judgment granting Plaintiff:

25. Compensatory damages in the amount of $80,000 against each defendant, jointly and severally.

26. Punitive damages in the amount of $50,000 against each defendant.

27. A Jury trial on all issues triable by jury.

28. Plaintiffs cost in this suit

29. Any additional relief this court deems just, proper and equitable

Dated: June 19th 2020
Respectfully submitted

Devon Minter
Devon Minter - 306621
28779 Nick Davis Rd
Harvest, Al 35749

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Harvest, Alabama on June 19th 2020

Devon Minter